United States District Court
Southern District of Texas
**ENTERED**
September 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ARICELMA DE OLIVEIRA, *Petitioner,* | § § § | |
| v. | § § | Civil No. 5:25-cv-00097 |
| IMMIGRATION CUSTOMS ENFORCEMENT and DEPARTMENT OF HOMELAND SECURITY, *Respondents.* | § § § § § § | |

# ORDER

Petitioner filed her original Petition in the District of Massachusetts on June 9, 2025. Dkt. No. 1. Respondent provided notice of appearance through counsel. Dkt. No. 7. The case was subsequently transferred to the Southern District of Texas, Laredo Division, the division in which Petitioner is in custody, on June 10, 2025. Dkt. No. 9. Agencies of the United States must serve an answer to a complaint within sixty days after service on the United States Attorney. Fed. R. Civ. P. 12(a)(2). Thus, the deadline for Respondents to answer in this case was August 9, 2025. However, it does not appear that Respondents have filed an answer to date.

Noting the transfer of this case from the District of Massachusetts, to ensure notice reaches the parties, the clerk of court is **DIRECTED** to serve a copy of the Petition, Dkt. No. 1, and this Order upon Respondents and upon the United States Attorney for the Southern District of Texas by certified mail at 1000 Louisiana, Ste. 2300, Houston, TX

77002, and upon the United States Attorney's Office for the Southern District of Texas, Laredo Division, by certified mail at 11204 McPherson Rd., Ste. 100A, Laredo, TX 78045. Likewise, to ensure adequate notice to Petitioner's counsel, the clerk of court is **DIRECTED** to serve a copy of this Order by certified mail to Petitioner's counsel at Castel & Hall, LLP, 100 TradeCenter, Ste. 715, Woburn, MA 01801.

Petitioner's Counsel is **ORDERED** to file an advisory with the Court updating the Court of her client's status by **September 22, 2025**. Petitioner's counsel is also to provide an email address for notification of court orders on PACER. Furthermore, if Petitioner's counsel intends to continue representation in this case, Petitioner's counsel is **ORDERED** to file a petition for admission to proceed in the Southern District of Texas pro hac vice. Respondents are hereby **ORDERED** to file their answer to the Petition by no later than **September 30, 2025**.

IT IS SO ORDERED

Signed this September 2, 2025, in Laredo, Texas.

*Diana Song Quiroga*
Diana Song Quiroga
United States Magistrate Judge