UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ARICELMA DE OLIVEIRA, *Plaintiff,* | § § § § | |
| v. | § | Civil No. 5:25-cv-00097 |
| IMMIGRATION CUSTOMS ENFORCEMENT and DEPARTMENT OF HOMELAND SECURITY, *Defendants.* | § § § § § § | |

## ORDER

Before the Court is Respondents' Unopposed Motion for Extension of Time to Respond to Petitioner's Petition for Writ of Habeas Corpus. Dkt. No. 17. Finding good cause from Respondents' diligent efforts to ascertain Petitioner's status, the Motion for Extension of Time, Dkt. No. 17, is **GRANTED**. Accordingly, Respondents are **ORDERED** to respond to Petitioner's Petition for Writ of Habeas Corpus by **October 14, 2025**.

IT IS SO ORDERED

Signed this October 1, 2025, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge