UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| ARICELMA DE OLIVEIRA, §<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>IMMIGRATION CUSTOMS §<br>ENFORCEMENT §<br>and DEPARTMENT OF HOMELAND §<br>SECURITY, §<br>*Defendants.* § | Civil No. 5:25-cv-00097 |

## ORDER

Petitioner's counsel was ordered to file both Petitioner's response to Respondent's Motion to Dismiss, Dkt. No. 20, and his application for pro hac vice admission in the Southern District of Texas by October 27, 2025. Dkt. Nos. 21–22. Instead, the Court received an email with Petitioner's purported response attached on October 27, 2025. Attach. 1. Petitioner's counsel advised that Petitioner is not opposed to Respondent's Motion to Dismiss. *Id.* However, Petitioner's counsel has not filed an application for pro hac vice admission, *see* Attach. 2, with this Court to date. The Court is unable to rule on the Motion to Dismiss until Petitioner's counsel appears on the record, and Petitioner's filings are entered into the record of the case. Thus, Petitioner's counsel must obtain pro hac vice admission and file Petitioner's motions in the case to proceed.

Accordingly, to show cause as to why Petitioner's counsel has been unable to file for pro hac vice admission and to ensure that the record is fully developed, the parties are

**ORDERED** to attend a status conference with the undersigned on **November 6, 2025, at 3:30 p.m. CDT, by Zoom**.  Zoom information will be provided prior to the date of the conference.

    IT IS SO ORDERED

    Signed this October 30, 2025, in Laredo, Texas.

_____
Diana Song Quiroga
United States Magistrate Judge